# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR00156-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN BAGLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on November 1, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Kevin M. Cafferkey.

The violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on October 12, 2016 [Doc. 38]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

      1) offender changed residence without notifying officer;

      2) failure to report to the Probation Office as directed;

      3) failure to attend/complete substance abuse services as directed/required;

      4) new law violation incurred May 8, 2016.

The Court found the violations to be Grade A and that defendant was a Criminal History Category IV. The Court, upon consideration of the 3553(a) factors and statements made by

counsel, committed defendant to the custody of the Bureau of Prisons for a term of 24 months, 12 months of which shall be served concurrently with defendant's state sentence and 12 months of which shall be served consecutive to defendant's state sentence.  Upon release from incarceration defendant's supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

IT IS SO ORDERED.


Dated: November 1, 2016                              *s/     James S. Gwin*
                                                                            JAMES S. GWIN
                                                                            UNITED STATES DISTRICT JUDGE